**92–2166.**   Natl. Mortg. Co. v. Drown.   *Defiance County,* No. 4–91–16.   Cause dismissed, on appellant's application for dismissal, effective December 7, 1992.